# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | Case No. 11-00038-01-CR-W-GAF |
| | ) | |
| **TYRONE HARRIS,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## ORDER

Now pending before the Court are several *pro se* motions and other filings by Defendant Harris which seek dismissal of the indictment for delay (Doc. ## 39, 41, 43, 62 and 70).

On November 8, 2011, United States Magistrate Judge Sarah W. Hays issued her Report and Recommendation (Doc. #72).

Upon careful and independent review of the pending motions, Defendant's Objections to the Report and Recommendations (Doc. ## 77, 78, 81 and 83), as well as the applicable law, this Court hereby adopts and incorporates as its own Opinion and Order the Report and Recommendation of United States Magistrate Judge Sarah W. Hays.

Accordingly, it is hereby ORDERED that Defendant's *pro se* motions (Doc. ## 39, 41, 43, 62 and 70) are OVERRULED and DENIED.

SO ORDERED.

                                                                             s/ Gary A. Fenner
                                                                             Gary A. Fenner, Judge
                                                                             United States District Court

DATED:   November 29, 2011