# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 11-00038-01-CR-W-GAF |
| ) | |
| TYRONE HARRIS, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Now pending before the Court are defendant's pro se Motion for Recusal of Magistrate Judge (Doc. #90); Section 455 Motion for Recusal (Doc. #100); Writ of Mandamus (Doc. #104); and Mandatory Disqualification or Recusal (Doc. #113). These motions seek the recusal of the undersigned and United States Magistrate Judge Sarah W. Hays.

On January 24, 2012, United States Magistrate Judge Sarah W. Hays issued her Report and Recommendation (Doc. #118).

Upon careful and independent review of the pending motions, as well as the applicable law, this Court hereby adopts and incorporates as its own Opinion and Order the Report and Recommendation of United States Magistrate Judge Sarah W. Hays.

1

Accordingly, it is hereby ORDERED that defendant's pro se Motion for Recusal of Magistrate Judge (Doc. #90); Section 455 Motion for Recusal (Doc. #100); Writ of Mandamus (Doc. #104); and Mandatory Disqualification or Recusal (Doc. #113) are OVERRULED and DENIED.

SO ORDERED.

        s/ Gary A. Fenner_____
GARY A. FENNER, JUDGE
United States District Court

DATED: February 29, 2012